UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH ANDRE DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2257** |
| **NELSON COLEMAN CORRECTIONAL CENTER, ET AL.** | **SECTION "A"(3)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

The Court, having contacted the Medical Services Department at the St. Charles Parish Jail, has been informed that the Medical Services Department will arrange for a psychiatrist to meet with Plaintiff Keith Andre Davis next week;

Accordingly;

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE